# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JAMARKUS R. LOTHARP-CRAWFORD, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:21-cv-00291-MR |
| vs. | ) ) ) | |
| MOUNTAIN VIEW CORRECTIONAL INSTITUTION, *Medical Staff, all associates of the Medical Unit in their official capacity*, | ) ) ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2022 Order.

Signed: March 7, 2022

Frank G. Johns, Clerk
United States District Court